# Exhibit B

| 10/982,357 | THERAPEUTIC USE OF ANTI-CS1 ANTIBODIES | 10-29-2010::12:08:02 |
|---|---|---|

## Patent Term Adjustments

Patent Term Adjustment (PTA) for Application Number: 10/982,357

| | | | |
|---|---|---|---|
| Filing or 371(c) Date: | 11-05-2004 | Overlapping Days Between {A and B} or {A and C}: | 0 |
| Issue Date of Patent: | 05-04-2010 | Non-Overlapping USPTO Delays: | 918 |
| A Delays: | 510 | PTO Manual Adjustments: | 0 |
| B Delays: | 408 | Applicant Delays: | 243 |
| C Delays: | 0 | Total PTA Adjustments: | 675 |

### Patent Term Adjustment History Explanation Of Calculations

| Number | Date | Contents Description | PTO (Days) | APPL (Days) | Start |
|---|---|---|---|---|---|
| 125.5 | 12-17-2008 | PTA 36 Months | 408 | | 0 |
| 125 | 05-04-2010 | Patent Issue Date Used in PTA Calculation | 12 | | 118 |
| 124 | 03-30-2010 | Export to Final Data Capture | | | 0 |
| 123 | 03-29-2010 | Dispatch to FDC | | | 0 |
| 122 | 03-26-2010 | Email Notification | | | 0 |
| 121 | 03-18-2010 | Mail-Petition Decision - Dismissed | | | 0 |
| 120 | 03-17-2010 | Petition Decision - Dismissed | | | 0 |
| 119 | 12-31-2009 | Application Is Considered Ready for Issue | | | 0 |
| 118 | 12-22-2009 | Issue Fee Payment Verified | | | 0 |
| 117 | 12-28-2009 | Sequence Forwarded to Pubs on Tape | | | 0 |
| 116 | 12-22-2009 | Petition Entered | | | 0 |
| 115 | 12-22-2009 | Issue Fee Payment Received | | | 0 |
| 114 | 12-16-2009 | Export to Initial Data Capture | | | 0 |
| 111 | 12-14-2009 | Mail Notice of Allowance | | | 0 |
| 110 | 12-07-2009 | Issue Revision Completed | | | 0 |
| 109 | 12-07-2009 | Document Verification | | | 0 |
| 108 | 12-07-2009 | Notice of Allowance Data Verification Completed | | | 0 |

| | | | |
|---|---|---|---|
| 107 | 12-07-2009 | Notice of Allowability | 0 |
| 106 | 11-12-2009 | Information Disclosure Statement considered | 0 |
| 105 | 11-12-2009 | Information Disclosure Statement (IDS) Filed | 0 |
| 104 | 11-24-2009 | Date Forwarded to Examiner | 0 |
| 103 | 11-12-2009 | Request for Continued Examination (RCE) | 0 |
| 102 | 11-24-2009 | Disposal for a RCE / CPA / R129 | 0 |
| 101 | 11-19-2009 | TC Return to Pubs | 0 |
| 100 | 11-12-2009 | Information Disclosure Statement (IDS) Filed | 0 |
| 99 | 11-12-2009 | Workflow - Request for RCE - Begin | 0 |
| 98 | 09-23-2009 | Finished Initial Data Capture | 0 |
| 97 | 08-31-2009 | Sequence Forwarded to Pubs on Tape | 0 |
| 96 | 08-17-2009 | Export to Initial Data Capture | 0 |
| 95 | 08-17-2009 | Electronic Review | 0 |
| 94 | 08-17-2009 | Email Notification | 0 |
| 93 | 08-17-2009 | Mail Notice of Allowance | 0 |
| 92 | 08-12-2009 | Issue Revision Completed | 0 |
| 91 | 08-12-2009 | Notice of Allowance Data Verification Completed | 0 |
| 90 | 08-12-2009 | Case Docketed to Examiner in GAU | 0 |
| 89 | 07-23-2009 | Allowed Case Returned to the Examiner for Clerical Processing | 0 |
| 88 | 07-23-2009 | Document Verification | 0 |
| 87 | 07-15-2009 | Notice of Allowability | 0 |
| 86 | 06-18-2009 | Information Disclosure Statement considered | 0 |
| 85 | 06-18-2009 | Information Disclosure Statement (IDS) Filed | 0 |
| | 05-09- | | |

| | | | | |
|---|---|---|---|---|
| 84 | 2009 | Date Forwarded to Examiner | | 0 |
| 83 | 04-23-2009 | Response after Non-Final Action | | 0 |
| 82 | 04-26-2009 | Paralegal TD Accepted | | 0 |
| 81 | 04-23-2009 | Terminal Disclaimer Filed | | 0 |
| 80 | 03-25-2009 | CRF Is Good Technically / Entered into Database | | 0 |
| 79 | 03-17-2009 | Change in Power of Attorney (May Include Associate POA) | | 0 |
| 78 | 03-17-2009 | Correspondence Address Change | | 0 |
| 77 | 03-10-2009 | Mail Non-Final Rejection | | 0 |
| 76 | 03-09-2009 | Non-Final Rejection | | 0 |
| 75 | 03-09-2009 | Date Forwarded to Examiner | | 0 |
| 74 | 03-03-2009 | Supplemental Response | 75 | 68 |
| 73 | 12-18-2008 | Information Disclosure Statement considered | | 0 |
| 72 | 12-18-2008 | Information Disclosure Statement (IDS) Filed | | 0 |
| 71 | 01-03-2009 | Date Forwarded to Examiner | | 0 |
| 70 | 12-18-2008 | Amendment Submitted/Entered with Filing of CPA/RCE | | 0 |
| 69 | 01-03-2009 | Date Forwarded to Examiner | | 0 |
| 68 | 12-18-2008 | Request for Continued Examination (RCE) | 77 | 58 |
| 67 | 01-03-2009 | Disposal for a RCE / CPA / R129 | | 0 |
| 66 | 12-18-2008 | Request for Extension of Time - Granted | | 0 |
| 65 | 12-18-2008 | Information Disclosure Statement (IDS) Filed | | 0 |
| 64 | 12-18-2008 | Workflow - Request for RCE - Begin | | 0 |
| 63 | 09-19-2008 | Mail Advisory Action (PTOL - 303) | | 0 |
| 62 | 09-18-2008 | Advisory Action (PTOL-303) | | 0 |
| 61 | 08-27-2008 | Affidavit(s) (Rule 131 or 132) or Exhibit(s) Received | | 0 |

| | | | | |
|---|---|---|---|---|
| 60 | 09-09-2008 | Date Forwarded to Examiner | | 0 |
| 59 | 08-27-2008 | Amendment after Final Rejection | | 0 |
| 58 | 07-02-2008 | Mail Final Rejection (PTOL - 326) | | 0 |
| 57 | 07-01-2008 | Final Rejection | | 0 |
| 56 | 03-10-2008 | Information Disclosure Statement considered | | 0 |
| 55 | 03-10-2008 | Miscellaneous Incoming Letter | | 0 |
| 54 | 03-10-2008 | Reference capture on IDS | | 0 |
| 53 | 03-10-2008 | Information Disclosure Statement (IDS) Filed | 0 | 51 |
| 52 | 04-26-2008 | Date Forwarded to Examiner | | 0 |
| 51 | 03-10-2008 | Response after Non-Final Action | 91 | 48 |
| 50 | 03-10-2008 | Request for Extension of Time - Granted | | 0 |
| 49 | 03-10-2008 | Information Disclosure Statement (IDS) Filed | | 0 |
| 48 | 09-10-2007 | Mail Non-Final Rejection | | 0 |
| 47 | 09-04-2007 | Non-Final Rejection | | 0 |
| 46 | 02-09-2006 | Information Disclosure Statement considered | | 0 |
| 45 | 10-05-2006 | Information Disclosure Statement considered | | 0 |
| 44 | 06-19-2007 | Date Forwarded to Examiner | | 0 |
| 43 | 06-18-2007 | Response to Election / Restriction Filed | | 0 |
| 42 | 05-18-2007 | Mail Restriction Requirement | 498 | -1 |
| 41 | 05-14-2007 | Requirement for Restriction / Election | | 0 |
| 40 | 04-24-2007 | Correspondence Address Change | | 0 |
| 39 | 04-23-2007 | Application Return from OIPE | | 0 |
| 38 | 04-24-2007 | Application Is Now Complete | | 0 |
| | 04-23- | | | |

| | | | |
|---|---|---|---|
| 37 | 2007 | Application Return TO OIPE | 0 |
| 36 | 04-23-2007 | Application Return from OIPE | 0 |
| 34 | 04-03-2007 | Additional Application Filing Fees | 0 |
| 33 | 04-03-2007 | CRF Disk Has Been Received by Preexam / Group / PCT | 0 |
| 32 | 04-16-2007 | CRF Is Good Technically / Entered into Database | 0 |
| 31 | 03-29-2007 | SEQUENCE ERRORS | 0 |
| 30 | 11-05-2004 | CRF Disk Has Been Received by Preexam / Group / PCT | 0 |
| 28 | 03-13-2007 | Additional Application Filing Fees | 0 |
| 26 | 03-13-2007 | A set of symbols and procedures, provided to the PTO on a set of computer listings, that describe in | 0 |
| 25 | 03-26-2007 | CRF Does Not Match Application Specification -- Applicant Must Correct | 0 |
| 24 | 03-05-2007 | SEQUENCE ERRORS | 0 |
| 22 | 11-05-2004 | A set of symbols and procedures, provided to the PTO on a set of computer listings, that describe in | 0 |
| 21 | 11-05-2004 | Additional Application Filing Fees | 0 |
| 20 | 10-27-2005 | Pre-Exam Office Action Withdrawn | 0 |
| 19 | 02-20-2007 | Application Return TO OIPE | 0 |
| 18.7 | 10-05-2006 | Information Disclosure Statement (IDS) Filed | 0 |
| 18 | 10-05-2006 | Information Disclosure Statement (IDS) Filed | 0 |
| 17 | 09-12-2006 | Preliminary Amendment | 0 |
| 16.7 | 02-09-2006 | Information Disclosure Statement (IDS) Filed | 0 |
| 16 | 02-09-2006 | Information Disclosure Statement (IDS) Filed | 0 |
| 15 | 11-21-2005 | IFW TSS Processing by Tech Center Complete | 0 |
| 14 | 11-21-2005 | Case Docketed to Examiner in GAU | 0 |
| 13 | 10-27-2005 | Application Dispatched from OIPE | 0 |

| | | | |
|---|---|---|---|
| 12 | 10-27-2005 | Application Is Now Complete | 0 |
| 11 | 04-28-2005 | Additional Application Filing Fees | 0 |
| 10 | 10-27-2005 | Correspondence Address Change | 0 |
| 9 | 04-28-2005 | A statement by one or more inventors satisfying the requirement under 35 USC 115, Oath of the Applic | 0 |
| 7 | 02-17-2005 | Cleared by L&R (LARS) | 0 |
| 6 | 12-08-2004 | Referred to Level 2 (LARS) by OIPE CSR | 0 |
| 5 | 12-08-2004 | CASE CLASSIFIED BY OIPE | 0 |
| 4 | 12-07-2004 | IFW Scan & PACR Auto Security Review | 0 |
| 3 | 11-17-2004 | CRF Is Good Technically / Entered into Database | 0 |
| 1 | 11-05-2004 | Initial Exam Team nn | 0 |

**Close Window**