UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABBOTT BIOTHERAPEUTICS CORP., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 10-1853 (RBW) |
| ) | |
| v. ) | ECF |
| ) | |
| HON. DAVID J. KAPPOS, ) | |
| Under Secretary of Commerce for ) | |
| Intellectual Property and Director of the ) | |
| United States Patent and Trademark Office, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, the Honorable David J. Kappos, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO"), by and through undersigned counsel, respectfully requests a 45-day extension of time to, and including, February 17, 2011, in which to file an answer or otherwise respond to the complaint in this case, which involves a calculation of a patent-term adjustment under 35 U.S.C. § 154(b)(2)(A). Defendant's answer or response to the complaint is due by January 3, 2011. This is Defendant's first request for an extension of time. Pursuant to Local Rule 7(m), the parties conferred in this matter and plaintiff, through counsel, consents to this request. A proposed order granting this motion is attached.

There is good cause for the Court to grant this Motion. Plaintiff seeks a recalculation of a patent-term adjustment ("PTA") under 35 U.S.C. § 154(b)(2)(A). This Court has remanded a number of cases seeking a recalculation of PTAs in light of the Federal Circuit's decision in Wyeth v. Kappos, 591 F.3d 1364 (Fed. Cir. 2010) ("Wyeth"), regarding the overlapping delay provision of 35 U.S.C. § 154(b)(2)(A). In this case, Plaintiff challenges the USPTO's interpretation of a

statutory provision, 35 U.S.C. § 154(b)(1)(B), which relates to the calculation of "B delay," and therefore the amount of the PTA of the underlying patent. Undersigned counsel requires additional time to confer and consult with the client agency about the allegations in the complaint, the legal question of first impression raised by the complaint, and to determine an appropriate response.

WHEREFORE, Defendant respectfully requests a 45-day enlargement of time to file an answer or otherwise respond to the complaint.

                              Respectfully submitted,

                              RONALD C. MACHEN JR., DC BAR #447889
                              United States Attorney for the District of Columbia

                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Chief, Civil Division

By:    /s/
                              JOHN G. INTERRANTE
                              PA Bar # 61373
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W., Room E-4806
                              Washington, D.C. 20530
                              (202) 514-7220
                              (202) 514-8780 (fax)
                              John.Interrante@usdoj.gov

Of counsel:

Benjamin Wood, Associate Solicitor
Office of Solicitor
United States Patent and Trademark Office